*State v. Kingsley*, 108 Mo. 133; Black on Intoxicating Liquors, sec. 60.

Upon a full investigation and consideration of the questions urged by plaintiff in error, we can perceive no valid objection to the constitutionality of the act under which this prosecution and conviction was had, either in the manner in which it was passed, or in its subject-matter; and no other reasons affecting the validity of the conviction and sentence appearing, the judgment of the court below must be affirmed.

*Affirmed.*

---

ROBERTSON v. THE PEOPLE.

SAME v. SAME.

The ruling in *Robertson v. The People*, ante, 279, approved.

*Error to the District Court of Fremont County.*

Messrs. WALDO & DAWSON and Mr. THEODORE MARTIN, for plaintiff in error.

THE ATTORNEY GENERAL and Mr. H. T. SALE, for the People.

PER CURIAM. These cases involve the same questions decided in *Robertson v. The People*, ante 279, and for the reasons therein given the judgments of the court below are affirmed.

*Affirmed.*